A098A (9/01)


FILED
FEB 14 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

CASE Number: 1:13-mj-00036 SKO

Plaintiff,

APPEARANCE and COMPLIANCE BOND

vs.

Oscar Rodriguez

Defendant.

Non-surety: I, the undersigned defendant, acknowledge that I and my ...
Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
Personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 10,000.00 , and there has been deposited in the Registry of the Court the sum of $ -0- in cash or
N/A
(describe other security.)

The conditions of this are that the defendant, Oscar Rodriguez
(Name)

is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of condition of defendant's release as may be ordered to notified by this court or any United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or directions in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding or appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 2-14-2013 at U.S. District Court, ED of California
Date                                         Place

Defendant: _____          City/State _____
✱ Surety: _____            City/State _____
Surety: _____              City/State _____

Signed and acknowledged before me on 2-14-2013
Date

_____
Judicial Officer/Clerk

Approved: _____

Judicial Officer

================================================================

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at _____ ;
<br>City/State

and that my net worth is the sum of __nine Thousand_____ dollars

($ 9,000.00_____ ).

I further state that equity is from a

Honda 2009
Civic

✗ _Lashanie Vales_____
<br>Surety

_____
<br>Surety

Sworn to before me and subscribed in my presence on __2-14-2013_____
<br>Date

at U.S. District Court, __Fresno CA_____
<br>Place

_____, Deputy Clerk
<br>Name and Title

_A Timken_____
<br>Signature of Judicial Officer/Clerk

================================================================

I, the undersigned surety, say that I reside at _____ ;
<br>City/State

and that my net worth is the sum of __One Thousand_____ dollars

($ 1,000.00_____ ).

I further state that equity is from a

Tax refund

_[signature]_____
<br>Surety

_____
<br>Surety

Sworn to before me and subscribed in my presence on __2-14-2013_____
<br>Date

at U.S. District Court, _____
<br>Place

_____, Deputy Clerk
<br>Name and Title

_A Timken_____
<br>Signature of Judicial Officer/Clerk

Justification Approved: _Sheila K. Oberto_____
<br>Judicial Officer